# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19CR3444-MMA |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JACKELYN AILYA NARANJO (2) | FILED |
| Defendant. | DEC 0 5 2019 |
| | CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

21:841(a)(1) - Possession of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl) with Intent to Distribute (Felony); 21:841(a)(1) - Possession of Heroin with Intent to Distribute (Felony)

Dated: 12/5/2019

Hon. Mitchell D. Dembin
United States Magistrate Judge